IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **WILLIAM KIMBALL** | ) | |
| | ) | |
| v. | ) | NO. 3:05-0044 |
| | ) | JUDGE ECHOLS |
| **SOUTHEASTERN FREIGHT LINES,** | ) | |
| **INC.** | ) | |

### O R D E R

Presently pending before the Court is the Magistrate Judge's Report and Recommendation ("R&R") entered June 24, 2005 (Docket Entry No. 10), to which no objection has been filed.

After independently reviewing the Magistrate Judge's findings and the entire record, the Court finds the Magistrate Judge's findings and conclusion are correct and they are APPROVED AND ADOPTED.

Accordingly, Plaintiff's claims against Defendant are hereby DISMISSED WITH PREJUDICE for Plaintiff's failure (1) to prosecute pursuant to Rule 41(b), Federal Rules of Civil Procedure, and (2) to attend the status conference on June 23, 2005.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE